# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| ISAIAH JAMES KEBREAU <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> DIGITAL CREDIT UNION <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No |

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT DISTRICT OF MASS.
2024 JUN 24 AM 11: 25

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | ISAIAH JAMES KEBREAU |
   | Street Address | 153 Forest Ave |
   | City and County | Brockton, Plymouth County |
   | State and Zip Code | MA 02301 |
   | Telephone Number | 781-885-4155 |
   | E-mail Address | ikebreaum@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.


Defendant No. 1
- Name: DIGITAL CREDIT UNION
- Job or Title (if known): CREDIT UNION
- Street Address: 863 DONALD LYNCH BLVD
- City and County: MARLBOROUGH, MIDDLESEX COUNTY
- State and Zip Code: MA, 01752
- Telephone Number: 508-263-6700
- E-mail Address (if known): dcu@dcu.org

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C 1961-1968 - RICO ACT

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Attachment

6/24/2024

# STATEMENT OF CLAIM

**PLAINTIFF**: ISAIAH JAMES KEBREAU
**Address:** 153 Forest Ave Brockton, MA 02301

**DEFENDANT**: DIGITAL CREDIT UNION
**Address**: 863 Donald Lynch Blvd Marlborough, MA 01752

**FACTS:**

**Claim 1**

1. On the date of October 12, 2023, I, ISAIAH JAMES KEBREAU, entered into a written contract with DIGITAL CREDIT UNION for an auto loan in the amount of $25,891.31.
2. Despite repeated requests and demands to set off my auto loan account with DIGITAL CREDIT UNION, DIGITAL CREDIT UNION refused to set off the account.
3. DIGITAL CREDIT UNION ignored all requests and DIGITAL CREDIT UNION has constantly requested that I repay the loan, despite the fact that I paid the loan off in full on the date of October 12, 2023.
4. On January 20, 2024, I received a letter in the mail from DIGITAL CREDIT UNION threatening to repossess my vehicle for non repayment.

**Claim 2**

1. On the date of July 20, 2022, I, ISAIAH JAMES KEBREAU, entered into a contract with DIGITAL CREDIT UNION for an auto loan in the amount of $7,599.00.
2. On the date of July 20, 2022, ISAIAH JAMES KEBREAU, paid the loan off in full.
3. On May 28, 2024, DIGITAL CREDIT UNION sent me a letter and threatened to repossess my vehicle as punishment for non repayment of my loan, as an attempt to make me repay the loan.

**RELIEF SOUGHT:**

I, ISAIAH JAMES KEBREAU, request that the court order DIGITAL CREDIT UNION to:

- Forfeit and pay a total of $36,826.33 in damages.
- Perform a release of lien and reconveyance of title for both vehicles.
- Settle and Close Both Auto Loan Accounts

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/24/2024

Signature of Plaintiff: Isaiah Kebreau
Printed Name of Plaintiff: Isaiah Kebreau

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____