Civil Action No.: **1:24−CV−11613−LTS**

FILED
IN CLERK'S OFFICE

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2024 JUN 26 PM 12:34

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

U.S. DISTRICT COURT
DISTRICT OF MASS.

☑ I personally served the summons on the individual at (place) __853 DONALD LYNCH BLVD MARLBOROUGH, MA 01752__ on (date) __6/24/2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

__6/24/2024__
Date

__Isaiah Kebreau__
Server's Signature

__Isaiah Kebreau__
Printed name and title

__153 FOREST AVE BROCKTON, MA 02301__
Server's Address

Additional information regarding attempted service, etc: