# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAIAH JAMES KEBREAU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIGITAL CREDIT UNION, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:24-cv-11613-LTS |

## NOTICE OF APPEARANCE OF ROBERT W. SPARKES, III

Please enter the appearance of Robert W. Sparkes, III as counsel for Defendant Digital Federal Credit Union[1] in the above-captioned matter.

Respectfully submitted,

DIGITAL FEDERAL CREDIT UNION,

By its attorney,

*/s/ Robert W. Sparkes, III*
Robert W. Sparkes, III (BBO# 663626)
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Tel: (617) 261-3100
Fax: (617) 261-3175
Email: robert.sparkes@klgates.com

Dated: July 8, 2024

---

[1] The Complaint incorrectly names Digital Federal Credit Union as "Digital Credit Union."

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2024, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail and e-mail to the parties listed below:

*Plaintiff*
Isaiah James Kebreau
153 Forest Ave.
Brockton, MA 02301
ikebreaum@gmail.com

                      */s/ Robert W. Sparkes, III*
                      Robert W. Sparkes, III