UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ISAIAH JAMES KEBREAU, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL CREDIT UNION, <br><br> Defendant. | Civil Action No. 1:24-cv-11613-LTS |

## DEFENDANT DIGITAL FEDERAL CREDIT UNION'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Digital Federal Credit Union ("DCU")[1] is a member-owned, non-governmental entity with no parent corporation, and no publicly held entity owns more than 10% of DCU's stock.

Respectfully submitted,

DEFENDANT DIGITAL FEDERAL CREDIT UNION,

By its attorney,

*/s/ Robert W. Sparkes, III*
Robert W. Sparkes, III (BBO# 663626)
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Tel: (617) 261-3100
Fax: (617) 261-3175
Email: robert.sparkes@klgates.com

Dated: July 8, 2024

---

[1] The Complaint incorrectly names Digital Federal Credit Union as "Digital Credit Union."

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2024, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail and e-mail to the parties listed below:

*Plaintiff*
Isaiah James Kebreau
153 Forest Ave.
Brockton, MA 02301
ikebreaum@gmail.com

                                          */s/ Robert W. Sparkes, III*
                                            Robert W. Sparkes, III