# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAIAH JAMES KEBREAU,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL CREDIT UNION,<br><br>    Defendant. | Civil Action No. 1:24-cv-11613-LTS |

## DEFENDANT DIGITAL FEDERAL CREDIT UNION'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Digital Federal Credit Union ("DCU")[1] hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Complaint filed by Plaintiff Isaiah James Kebreau ("Plaintiff") with prejudice and without leave to amend for failure to state a claim. In support of this Motion, DCU relies upon the contemporaneously filed Memorandum of Law in Support and the Declaration of Robert W. Sparkes, III.

**WHEREFORE**, DCU respectfully requests that the Court: (1) grant this Motion to Dismiss Plaintiff's Complaint; (2) dismiss the claim alleged in Plaintiff's Complaint with prejudice and without leave to amend; and (3) provide such further relief as the Court deems just and proper.

---

[1] The Complaint incorrectly names Digital Federal Credit Union as "Digital Credit Union."

Respectfully submitted,

DEFENDANT DIGITAL FEDERAL
CREDIT UNION,

By its attorney,

*/s/ Robert W. Sparkes, III*
Robert W. Sparkes, III (BBO# 663626)
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Tel: (617) 261-3100
Fax: (617) 261-3175
Dated: July 9, 2024                          Email: robert.sparkes@klgates.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

  I, Robert W. Sparkes, III, hereby certify that counsel for Defendant Digital Federal Credit Union conferred with Plaintiff on July 9, 2024, and attempted in good faith to resolve or narrow the issues presented by this Motion. The parties were unable to resolve or narrow the issues presented by this Motion.

               */s/ Robert W. Sparkes, III*
               Robert W. Sparkes, III

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 9, 2024, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail and e-mail to the parties listed below:

*Plaintiff*
Isaiah James Kebreau
153 Forest Ave.
Brockton, MA 02301
ikebreaum@gmail.com

               */s/ Robert W. Sparkes, III*
                Robert W. Sparkes, III